IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FISHMAN ORGANIZATION, INC.,      :    CIVIL ACTION
                                     :    NO. 11-4598
        Plaintiff,        :
                                       :
    v.                      :
                                     :
FRICK TRANSFER, INC.,          :
                                     :
        Defendant.        :

**O R D E R**

**AND NOW**, this **24th** day of **July, 2012,** for the reasons provided in the accompanying Memorandum, it is hereby **ORDERED** that Plaintiff's Motion for Summary Judgment on Liability (ECF No. 15) is **GRANTED in part** and **DENIED in part.** The Motion is granted as to Plaintiff's claim for breach of the bailment contract (Count I). The Motion is denied as to Plaintiff's remaining negligence claims (Counts II and III).

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO, J.**