IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE FISHMAN ORGANIZATION, INC. | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | NO. 11-04598 |
| FRICK TRANSFER, INC. | : | |
| Defendant | : | |

## JUDGMENT ORDER

AND NOW this 1st day of August, 2014, following upon a consideration of the parties' briefing on the question of Plaintiff The Fishman Organization Inc.'s entitlement to prejudgment interest, IT IS HEREBY ORDERED THAT the judgment order of April 16, 2013 is amended to reflect that the final judgment, subject to credits as set out in the accompanying Memorandum Opinion to be determined by the parties, is $158,251.27.

The question of post-judgment interest is left to the Clerk of the Court. *See* 28 U.S.C. § 1961.

BY THE COURT:

 /s/ David R. Strawbridge
DAVID R. STRAWBRIDGE
United States Magistrate Judge